DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KURT MAKOVSKY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3227

[December 14, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Geoffrey H. Cohen, Judge; L.T. Case No. 05-20053 CF10A.

Kurt Makovsky, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***